UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON C. BROWN, JR., | No. C 13-2120 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TIM-A-VARGA, | |
| Respondent. / | |

This action is dismissed because the petition is incomprehensible and therefore legally frivolous.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 12, 2013

SUSAN ILLSTON
United States District Judge